IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RE: EDWARD T. & LISA G. MADDEN, ) | |
| ) | |
| Wells Fargo Bank, N.A., ) | |
| Creditor, ) | |
| vs. ) | CASE NO. 10B25570 |
| ) | JUDGE Jacqueline P. Cox |
| EDWARD T. & LISA G. MADDEN, ) | |
| Debtor(s), ) | |
| ) | |

**ORDER MODIFYING STAY**

This cause coming to be heard on the Motion of Wells Fargo Bank, N.A., a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to Wells Fargo Bank, N.A. and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 611 N. Elmhurst Road, Prospect Heights, IL 60070.

Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

DATED: 8/18/10             ENTERED BY: J. Cox   *Jacqueline P. Cox*
                                      Bankruptcy Judge Jacqueline P. Cox

PIERCE & ASSOCIATES, P.C.
Attorneys for Creditor
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312) 346-9088
PA No: 10-3653